# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                          CASE NO: 3:04CR109-001

LIZA MARIE GRAHAM,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

    Before the Court is the Government's Rule 35 Motion advising that a reduction in defendant's sentence may be warranted by her cooperation and substantial assistance since her sentencing. The Court finds that a reduction is proper to reward her substantial assistance to the Government in the prosecution of others.

    Defendant's sentence of confinement is, therefore, reduced from 211 months to 105 months. The period of supervised release is reduced from 5 years to 4 years. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 28 February 2005 shall remain unchanged.

    **ORDERED** this 21st day of July 2005.

                                                        *s/L.A. Collier*
                                                   LACEY A. COLLIER
                                       Senior United States District Judge